Confidential

**❤ Santander** Consumer USA

May 11, 2026

US Bankruptcy Court – Northern District of Ohio
Howard M. Metzenbaum U.S. Courthouse
Attn: Unclaimed Funds
201 Superior Avenue
Cleveland, OH 44114-1235

FILED

2026 MAY 14 PM 2:15

U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO

**Re: Unclaimed Bankruptcy Dividend Claim of Santander Bank, N.A. servicing for Santander Consumer USA Inc.**

**Debtor: Robert A. McEachern, II and Christina M. McEachern**
**Case Number: 16-16413 - $1,158.45**

I, Jason P Miller, of Santander Bank N.A. Submit the following documents in order to claim the Unclaimed Bankruptcy Dividends due to Santander Bank N.A. from the above noted Bankruptcy case:

This submission is made under the authority granted by:
• The **Power of Attorney from Santander Consumer USA to Santander Bank N.A.**, dated **April 1, 2025**

I request your assistance regarding any additional Unclaimed Bankruptcy Dividends that may be listed and subsequently discovered by the Unclaimed Bankruptcy Dividends department during the claim application process to be included in this claim.

In accordance with the Unclaimed Bankruptcy Dividends filing instructions for corporations, I attached the following documents:

1. Application For Payment of Unclaimed Funds
2. Incumbency certificate designating Jason Miller to execute claims on behalf of the company.
3. **Power of attorney of Santander Consumer USA to Santander Bank N.A. dated April 1, 2025**
4. Attached W9 and AO213
5. Front and back of my driver's license
6. Copy of the court order depositing the funds into the Treasury/Registry
7. Certificate of Service
8. Order Granting Application for Payment of Unclaimed Funds

**Please remit the company's Warrant to the address noted in the claim affirmation form.**

If you need any further information to process this claim, don't hesitate to get in touch with me at the contact information noted on the claim form.

Best Regards,
Jason Miller

P.O. Box 961245, Fort Worth, TX 76161-1245 • www.SantanderConsumerUSA.com • 888.222.4227

©2019 Santander Consumer USA Inc. All rights reserved.