**IT IS SO ORDERED.**

**Dated:  5 June, 2026 12:51 PM**

Suzana Krstevski Koch
**Suzana Krstevski Koch**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

In re: Robert A. McEachern, II and Christina M ✛ )  )   Case No. 16-16413

*Debtor(s)*  )   Chapter 13

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s), Santander Bank N.A. Servicing for Santander Consumer Usa Inc , for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ $1,158.45 held in unclaimed funds be made payable to Santander Bank N.A. and be disbursed to the payee at the following address:

824 North Market Street, Wilmington,DE 19801 .

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

###